# In the United States Court of Federal Claims

No. 13-520 T

(E-Filed: November 12, 2013)

|  | ) |
| --- | --- |
| JEFFREY H. GREINER & | ) |
| KIM E. GREINER, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## ORDER

      Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, and because I find that the transfer of the above-captioned case is necessary for the efficient administration of justice, this case shall be transferred to Chief Judge Patricia Campbell-Smith by the Clerk of Court.

      IT IS SO ORDERED.

                              s/ Patricia E. Campbell-Smith
                              PATRICIA E. CAMPBELL-SMITH
                              Chief Judge