# In the United States Court of Federal Claims

No. 13-520 T

JEFFREY H. GREINER
& KIM E. GREINER

v.

THE UNITED STATES

**JUDGMENT**

Pursuant to the court's Opinion and Order, filed June 30, 2015, granting defendant's cross-motion for summary judgment and denying, as moot, plaintiffs' motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant.

                                                            Hazel C. Keahey
                                                            Clerk of Court

**June 30, 2015**                            By:     s/ Debra L. Samler

                                                                     Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.