IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEFFREY H. GREINER & KIM E. GREINER, | |
| Plaintiffs, | |
| v. | Case No. 13-520 T |
| UNITED STATES OF AMERICA, | (Judge Patricia E. Campbell-Smith) |
| Defendant. | |

**NOTICE OF APPEAL**

Notice is hereby given that plaintiffs Jeffrey H. Greiner and Kim E. Greiner hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment, opinion and order entered in this action on June 30, 2015.

Respectfully submitted,

August 26, 2015

/s/ *Michael J. Desmond*
MICHAEL J. DESMOND
The Law Offices of Michael J. Desmond, APC
233 E. Carrillo Street, Suite A
Santa Barbara, CA 93101
Telephone: (805) 618-1862
Fax: (805) 617-0291
michael@desmondtaxlaw.com

Attorney for Plaintiffs