# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-5144

**JEFFREY H. GREINER, KIM E. GREINER,**

*Plaintiffs - Appellants*

v.

**UNITED STATES,**

*Defendant - Appellee*

Appeal from the United States Court of Federal Claims in case no. 1:13-cv-00520-PEC Chief Judge Patricia E. Campbell-Smith

# **MANDATE**

In accordance with the judgment of this Court, entered June 09, 2016, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.


FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court


cc: Clerk of Court, CFC
Michael Joseph Desmond
Gilbert Steven Rothenberg
Deborah K. Snyder
Francesca Ugolini